IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWER INS.CO. OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>CAPURRO ENTERPRISES INC.,<br><br>    Defendant.<br>                                     / | No. C 11-03806 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 23, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 19, 2012</u>.

DESIGNATION OF EXPERTS: <u>7/27/12</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 19, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 9, 2013</u>;

   Opp. Due <u>November 26, 2012</u>;  Reply Due <u>December 3, 2012</u>;

  and set for hearing no later than <u>December 14, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 12, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 25, 2013</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/26/12

                                                                  */s/ Susan Illston*
                                                    SUSAN ILLSTON
                                                    United States District Judge