STEPHEN W. CUSICK (111353)
scusick@nielsenhaley.com
THOMAS H. NIENOW (136454)
tnienow@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for plaintiff and counterdefendant
TOWER INSURANCE COMPANY OF NEW YORK
dba TOWER SELECT INSURANCE COMPANY,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TOWER INSURANCE COMPANY OF NEW YORK, *a New York corporation dba* TOWER SELECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAPURRO ENTERPRISES, INC., *a California corporation*; NICHOLAS L. CAPURRO, JR., *an individual*; and CERTA PROPAINTERS, LTD., *a Massachusetts corporation*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 3:11-CV-03806-SI<br><br>STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATION; [P~~ROPOSED~~] ORDER<br><br>Complaint filed August 2, 2011<br><br>Courtroom 10<br><br>HONORABLE SUSAN ILLSTON |

WHEREAS, the date set to designate experts in this action was July 27, 2012, and has been extended once to August 10, 2012, by stipulation and order;

WHEREAS, Tower Ins. Co. of New York, Capurro Enterprises and Nicholas

1

1  L. Capurro, Jr. (collectively, the Parties"), stipulate to extend the date by which each may
2  designate their experts by an additional two weeks through August 24, 2012;
3      WHEREAS, the Parties request an order granting the additional two-week extension
4  pursuant to Local Rule 6-2:
5      (a)  Reason for requested extension: to accommodate the summer schedules of the
6            experts and attorneys, and allow time for the required written report to be
7            prepared.
8      (b)  Previous time extension: one by stipulation, of two weeks.
9      (c)  Effect of additional two-week extension on schedule of the case: none.

11 IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel
12 of record, that expert designations may be made through August 24, 2012.

NIELSEN, HALEY & ABBOTT LLP

Dated: August 6, 2012    By: _____
                                    Stephen W. Cusick
                              Attorneys for plaintiff and counterdefendant
                              TOWER INSURANCE COMPANY OF NEW YORK
                              dba TOWER SELECT INSURANCE COMPANY,
                              and counterdefendant TOWER GROUP, INC.

ADLESON, HESS & KELLY, APC

Dated: August 6, 2012    By: _____
                                      Joanne M. Wendell
                              Attorneys for Defendants and Counter-
                              Claimants
                              CAPURRO ENTERPRISES, INC., and NICHOLAS
                              L. CAPURRO, JR.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/19/12

_____
UNITED STATES DISTRICT JUDGE

*Tower Insurance Company of New York v. Capurro Enterprises, Inc., et al.*
U.S.D.C. Northern District of California Case No.: 3:11-CV-03806-SI

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATION; [PROPOSED] ORDER**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ XX ]   (BY CM/ECF ELECTRONIC DELIVERY) In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

<u>*Attorneys for Capurro Enterprises, Inc. a California Corporation*</u>
Randy M. Hess, Esq.
**Adleson, Hess & Kelly, APC**
577 Salmar Ave., Second Floor
Campbell, CA 95008
Telephone: (408) 341-0234

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2012, at San Francisco, California.

_____
Sonia J. Ortiz

---

PROOF OF SERVICE