1  STEPHEN W. CUSICK (111353)
2    *scusick@nielsenhaley.com*
   THOMAS H. NIENOW (136454)
3    *tnienow@nielsenhaley.com*
   NIELSEN, HALEY & ABBOTT LLP
4  44 Montgomery Street, Suite 750
   San Francisco, California 94104
5  Telephone:  (415) 693-0900
6  Facsimile:  (415) 693-9674

7  Attorneys for plaintiff and counterdefendant
   TOWER INSURANCE COMPANY OF NEW YORK
8  dba TOWER SELECT INSURANCE COMPANY,

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO/OAKLAND DIVISION

13

14  TOWER INSURANCE COMPANY OF          No. 3:11-CV-03806-SI
    NEW YORK, *a New York corporation dba*
15  TOWER SELECT INSURANCE              STIPULATION TO EXTEND TIME FOR
    COMPANY,                            EXPERT DESIGNATION; [PROPOSED]
16                                      ORDER
17              Plaintiff,

18       v.                            Complaint filed August 2, 2011

19  CAPURRO ENTERPRISES, INC., *a*      Courtroom 10
    *California corporation*: NICHOLAS L.
20  CAPURRO, JR., *an individual*; and CERTA   HONORABLE SUSAN ILLSTON
    PROPAINTERS, LTD., *a Massachusetts*
21  *corporation*,
22              Defendants.
23
24  AND RELATED COUNTERCLAIMS.
25
26       WHEREAS, the date set to designate experts in this action was July 27, 2012, and has
27  been extended once to August 10, 2012, by stipulation and order;
28       WHEREAS, Tower Ins. Co. of New York, Capurro Enterprises and Nicholas

                                         1

1   L. Capurro, Jr. (collectively, the Parties"), stipulate to extend the date by which each may

2   designate their experts by an additional two weeks through August 24, 2012;

3        WHEREAS, the Parties request an order granting the additional two-week extension

4   pursuant to Local Rule 6-2:

5        (a)   Reason for requested extension: to accommodate the summer schedules of the

6              experts and attorneys, and allow time for the required written report to be

7              prepared.

8        (b)   Previous time extension: one by stipulation, of two weeks.

9        (c)   Effect of additional two-week extension on schedule of the case: none.

10

11  IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel

12  of record, that expert designations may be made through August 24, 2012.

13

14                              NIELSEN, HALEY & ABBOTT LLP

15

16  Dated:  August 6, 2012        By: _____

17                                   Stephen W. Cusick
                                     Attorneys for plaintiff and counterdefendant
18                                   TOWER INSURANCE COMPANY OF NEW YORK
                                     dba TOWER SELECT INSURANCE COMPANY,
19                                   and counterdefendant TOWER GROUP, INC.

20                              ADLESON, HESS & KELLY, APC

21

22  Dated:  August 6, 2012        By: _____

23                                   Joanne M. Wendell
                                     Attorneys for Defendants and Counter-
24                                   Claimants
                                     CAPURRO ENTERPRISES, INC., and NICHOLAS
25                                   L. CAPURRO, JR.

26

27

28

                                      2

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4

5    Dated:    8/19/12
6
                                        UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DATE

*Tower Insurance Company of New York v. Capurro Enterprises, Inc., et al.*
U.S.D.C. Northern District of California Case No.: 3:11-CV-03806-SI

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104. On the date set forth below I served the following document(s) described as:

**STIPULATION TO EXTEND TIME FOR EXPERT DESIGNATION; [PROPOSED] ORDER**

[ ]    (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**[ XX ] (BY CM/ECF ELECTRONIC DELIVERY)** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov.

***Attorneys for Capurro Enterprises, Inc. a California Corporation***
Randy M. Hess, Esq.
**Adleson, Hess & Kelly, APC**
577 Salmar Ave., Second Floor
Campbell, CA 95008
Telephone: (408) 341-0234

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2012, at San Francisco, California.

Sonia J. Ortiz