ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Joanne M. Wendell (SBN 191785)
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
rhess@ahk-law.com
jwendell@ahk-law.com

Attorneys for Defendants / Counter-Claimants
Capurro Enterprises, Inc., and Nicholas L. Capurro, Jr.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TOWER INS. CO. OF NEW YORK, a New York corp. dba TOWER SELECT INS. CO., <br><br>Plaintiff, <br><br>v. <br><br>CAPURRO ENTERPRISES, INC., a California corp.; NICHOLAS L. CAPURRO, JR., an individual; and CERTA PROPAINTERS LTD, a Massachusetts corp., <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS. | CASE NO.: C 11-03806 SI <br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINE AND TRIAL; [~~PROPOSED~~] ORDER** <br><br>Complaint filed: August 2, 2011 |

WHEREAS, the discovery deadline in this action is October 19, 2012;

WHEREAS, Tower Ins. Co. of New York, Capurro Enterprises, Inc., and Nicholas L. Capurro, Jr. (collectively, "the Parties"), stipulate to continue the discovery deadline by 60 calendar days, to and including December 18, 2012, and extend the pre-trial conference and trial by about 60 calendar days to April 15, 2013 (pre-trial conference), and April 29, 2013 (trial);

1    WHEREAS, the Parties request an Order granting the continuance pursuant to
2 Local Rule 6-2:
3    (a)   Reasons for requested extensions:  efforts to resolve by settlement,
4          attorney and party schedules;
5    (b)   Previous time modifications: one, a two week extension for expert
6          designation;
7    (c)   Effect of extension on schedule of case: 60 day continuance with respect
8          to trial; otherwise, none.
9    IT IS HEREBY STIPULATED by and between the Parties, through their respective
10 counsel of record, that the discovery deadline be continued to December 18, 2012, the pre-
11 trial conference be continued to April 15, 2013, and trial be continued to April 29, 2013.

12 Dated: September 21, 2012              Respectfully submitted,

                                         ADLESON, HESS & KELLY, APC


                                         By: /s/ Joanne M. Wendell
                                         Joanne M. Wendell
                                         Attorneys for Defendants/Counter-Claimants
                                         Capurro Enterprises, Inc., and Nicholas L. Capurro, Jr.


18 Dated: September 21, 2012              NIELSEN, HALEY & ABBOTT, LLP


                                         By: /s/ Stephen w. Cusick
                                         Stephen w. Cusick
                                         Attorneys for Plaintiff/Counter-Defendant
                                         Tower Ins. Co. of New York


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 25, 2012                _____
                                         Hon. Susan Ilston

**CERTIFICATE OF SERVICE**

I, Sheri L. Phillips, an employee with the law firm of Adleson, Hess, & Kelly, APC, do hereby certify that on this 21th day of Sept. 2012, I served a true and correct copy of the foregoing **STIPULATION TO EXTEND DEADLINE FOR DISCOVERY AND TRIAL; [PROPOSED] ORDER**

addressed to:

Via Electronic Service Through ECF

**TOWER INS. CO. OF NEW YORK**

James C. Nielsen, Esq.
Stephen W. Cusick, Esq.
Thomas H. Nienow, Esq.
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Ste. 750
San Francisco, CA 94104

I declare that I am employed in the office of a member of the bar of this Court and that I made the foregoing service at said member's direction. I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

/s/ Sheri L. Phillips
Sheri L. Phillips

*This document has been electronically filed and is available for viewing and downloading from the ECF system.*

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Floor
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 3:11-cv-03806-SI   STIP TO CONTINUE DISCOVERY DEADLINE AND TRIAL; [PROPOSED] ORDER   3