JAMES C. NIELSEN (111889)
*jnielsen@nielsenhaley.com*
THOMAS H. NIENOW (136454)
*tnienow@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for plaintiff and counterdefendant
TOWER INSURANCE COMPANY OF NEW YORK
dba TOWER SELECT INSURANCE COMPANY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TOWER INSURANCE COMPANY OF NEW YORK, *a New York corporation dba* TOWER SELECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAPURRO ENTERPRISES, INC., *a California corporation*; NICHOLAS L. CAPURRO, JR., *an individual*; and CERTA PROPAINTERS, LTD., *a Massachusetts corporation*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 3:11-CV-03806-SI<br><br>STIPULATION TO DISMISSAL OF COMPLAINT AND COUNTERCLAIM, WITH PREJUDICE |

Plaintiff and counterdefendant Tower Insurance Company of New York, Inc., and counterclaimants and defendants Capurro Enterprises, Inc. and Nicholas L. Capurro, Jr., hereby stipulate to dismissal with prejudice of both the complaint and the counterclaim in

this matter, with each party to bear its own costs and attorneys fees in the matter. This stipulation is by all parties and disposes of the matter in its entirety.

Respectfully submitted,

NIELSEN, HALEY & ABBOTT LLP

Dated: December 13, 2012      By: _____
Stephen W. Cusick
Attorneys for plaintiff and counterdefendant
TOWER INSURANCE COMPANY OF NEW YORK
dba TOWER SELECT INSURANCE COMPANY,
and counterdefendant TOWER GROUP, INC.


ADLESON, HESS & KELLY, APC

Dated: December 13, 2012      By: _____
Randy M. Hess
Attorneys for Defendants and Counter-Claimants
CAPURRO ENTERPRISES, INC., and NICHOLAS L. CAPURRO, JR.

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2